# United States District Court
### Northern District of New York
# CIVIL JUDGMENT

**The Trustee of The Masonic Hall
and Asylum Fund**

                    V.                    CASE NUMBER: 5:84-cv-992 (HGM)

**John Plumley, et al.**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

     That the [107] Motion for Judgment on the Pleadings is granted, [110] Motion for Judgment on the Pleadings is granted;  This action is dismissed in its entirety for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted as to all defendants.

All of the above pursuant to the order of the Honorable Senior District Judge Munson, dated the 7th day of June, 2006.

**June 8th, 2006**                            **LAWRENCE K. BAERMAN**
_____        _____
**DATE**                                           **CLERK OF COURT**

                                                _S/_____
                                                **KARA LOONEY**
                                                **DEPUTY CLERK**